CASE NO.: 10-15-00004-CR    PD-1443-15

IN THE COURT OF APPEALS

FOR THE TENTH DISTRICT

AT WACO TEXAS

Antarius Demon Ashley,
                    Appellant,

Vs.

THE STATE OF TEXAS
                    Appellee

S FILED IN
COURT OF CRIMINAL APPEALS
S
S DEC 28 2015
S
S
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta. Clerk

## Motion to Suspension of Rule 9.3 Number of Copies

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Antarius Demon Ashley, Appellant, Pro-se- in the above style number and cause. Makes this Motion to Suspension of Rule 9.3 Number of Copies, to Appellant's Petition For Discretionary Review and will show this Court the following:

### I.

Appellant is now incarcerated at the French M. Robertson Unit 12071 FM 3522 Abilene Texas 79601, and have No access to any copy mechaines in the Law Library, nor do I have the means to obtain the 11 Copies due to the fact of me been incarcerated and in indigent without the support to obtain the requested 11 Copies and is Asking this Court to PLEASE Grant this motion to Suspension of Rule 9.3. Number of Copies to Appellant's Petition For Discretionary Review.

### PRAYER FOR RELIFE

Appellant respectfully request this Court to Grant this Motion to Suspension of Rule 9.3. Number of Copies. SO PRAYED!!

Respectfully Submitted
#1971304

Antarius Demon Ashley #1971304
French M. Robertson Unit
12071 Fm 3522
Abilene Tx 79601

cc: copy Motion to Suspension of Rule 9.3 Number of Copie For (PDR)